certificate to be lodged with, or delivered to the Jailer, before he leave the limits, or his departure will be a breach of the bond.

ACTION on Jail bond.

*Plea*—Taht the the debtor, who was confined in the limits, had been admitted to the poor debtor's oath, and that the Justices had adjudged that he ought to be discharged. Demurrer.

Decided—That the plea is insufficient; the Statute makes necessary, to the discharge of the prisoner, that a certificate should be made out, by the Justices, and lodged with, or delivered to the keeper of the Jail, 1 Stat. 288, and a departure from the limits, before the delivery of such certificate, is a breach of the bond.

---

PRACTICE—See Abatement 8, 10. Error 3. Appeal 2.

---

## PRESCRIPTION.

### No. 1.

#### HURLBUT *against* LEONARD. *Rutland*, 1816.

TWENTY years' quiet enjoyment, of flowing the adjoining lands, by the waters of a mill-pond, shall secure the right, by prescription, or rather afford the presumption of a grant of the easement.

---

### No. 2.

#### ROGERS *against* PAGE ET AL. *Addison*, 1817.

AN absolute right, to a water course, may be acquired, by 15 years' uninterrupted possession, use, and occupation, claiming right, thereto, adverse to all others.

---

### No. 3.

#### HURLBUT *against* LEONARD. *Rutland*, 1818.

IN an action, on the case, for erecting a dam across a stream

2 B